Friday, April 29, 2011

Misc. No. 11–8023/AR.  Adam Winfield, Petitioner v. Kwasi Hawks, Lieutenant Colonel, U.S. Army, Military Judge, The United States Army, and The United States, Respondents.  CCA 20110289.  Notice is hereby given that a petition for extraordinary relief in the nature a writ of mandamus and a motion for a stay proceedings were filed under Rules 27(a) and 30 on this date.